# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00QT | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ State Code |
|---|---|---|
| 06/11/2022   12:00 | FED   36CFR   261.52A | |

Place of Offense

NFSR 9002

Offense Description: Factual Basis for Charge    HAZMAT ☐

BUILDING, MAINTAINING, ATTENDING OR USING A FIRE, CAMPFIRE, OR STOVE FIRE, INCLUDING
CHARCOAL, COAL, AND BRIQUETTES.

### DEFENDANT INFORMATION    Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| RISER | MATTHEW | C |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | LA | 71292 | 1964 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | LA | |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BR | Eyes BL | Height 5'7" | Weight 190 |

### VEHICLE    VIN    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | LA | 2002 | CHEV | | WHI |

APPEARANCE IS REQUIRED    |    APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount

$30.00    Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 11, 2022 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: at approximately 1200 hours, Matthew RISER said he ignited toilet paper on fire then placed it under a rock several feet from National Forest System Road (NFSR) 9002 on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 06/12/2022 at approximately 1034 hours, the Pipeline Wildfire was reported burning brush and trees in the area of NFSR 9002 and NFS Trail 433. A m-' subject in a white Chevrolet pickup truck with a camper shell bearing Louisiana license plate \ was seen driving rapidly away from the wildfire on NFSR 9002. Coconino County Sheriff's Deputy Sgt. K. WALTERS located the Chevrolet pickup, conducted a traffic stop on State Route 180 at NFSR 516 and contacted the driver identified as Matthew RISER with his Louisiana driver's license. Sgt. WALTERS interviewed RISER upon initial contact. RISER told Sgt. WALTERS he was camping in the area and saw the wildfire. RISER said he burned his "shit paper" at noon yesterday and didn't think it would smolder all night. Sgt. WALTERS read Miranda to RISER and asked if he saw "no campfires" signs. RISER stated "no". RISER said he saw a "200 ft by 200 ft fire, everything was on fire including pine trees". I arrived on scene and spoke to RISER as he was seated handcuffed in the back seat of Sgt. WALTERS patrol vehicle. RISER admitted to burning his toilet paper and placing it under a rock at 1200 hours on 06/11/2022. RISER said he tried to put out the fire with his sleeping bag and his camp was 80 yards from where the fire started. I asked RISER if he knew about fire restrictions, saw "no fires" signs and how long he had been camping. RISER said he was homeless, traveler and didn't have an address. RISER said he camped in Payson then drove up Lake Mary Rd. and had been camped on NFSR 9002 for 2 days. RISER said he saw "no campfire" signs when he drove out. RISER said he used a white Bic lighter with long tip to start the paper on fire which was in the center console of his Chevrolet. Information on fire restrictions are posted along roads, at ranger stations, in local news media, and USFS website. I asked RISER if he had any weapons or marijuana in his Chevrolet. RISER said he had some marijuana in his truck. RISER gave consent to search his Chevrolet. LEO M. RYAN conducted an inventory search of RISER's Chevrolet and located a white Bic lighter in the center console with a black container of green leafy marijuana. RISER showed me the location where he defecated and burnt his toilet paper near his campsite. I located RISERS pile of human feces under the rock he described and directed me to. Blackhart Logistics towed RISER's Chevrolet pickup. I booked RISER into the Coconino County Jail on a Federal hold and issued him violation notices for: USFS ORDER 03-04-22-16
36 CFR 261.52(a) – BUILDING, MAINTAINING, ATTENDING OR USING A FIRE

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/11/2022    R. Shelton
Date (mm/dd/yyyy)    Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles    Digitally signed by Camille D. Bibles
Date: 2022.06.12 23:26:26 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

---

22-04199-mJ-01-PCT-CDB

# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00QU | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 06/11/2022  12:00 | FED  36CFR  261.10B | |

**Place of Offense:** NFSR 9002

**Offense Description: Factual Basis for Charge**  HAZMAT ☐

OCCUPYING OR USING A RESIDENCE ON FOREST SERVICE LANDS

### DEFENDANT INFORMATION   Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| RISER | MATTHEW | C |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WEST MONROE | LA | 71292 | /64 |

| Drivers License No. | CDL ☐ | D.L. State LA | Social Security No. |
|---|---|---|---|

☒Adult ☐Juvenile  Sex ☒Male ☐Female  Hair BR  Eyes BL  Height 5'7"  Weight 190

### VEHICLE  VIN                                                                CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | LA | 2002 | CHEV | | WHI |

**APPEARANCE IS REQUIRED**  |  **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30.00  Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 11, 2022 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: at approximately 1200 hours, Matthew RISER said he ignited toilet paper on fire then placed it under a rock several feet from National Forest System Road (NFSR) 9002 on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 06/12/2022 at approximately 1034 hours, the Pipeline Wildfire was reported burning brush and trees in the area of NFSR 9002 and NFS Trail 433. A male subject in a white Chevrolet pickup truck with a camper shell bearing Louisiana license plate           was seen driving rapidly away from the wildfire on NFSR 9002. Coconino County Sheriff's Deputy Sgt. K. WALTERS located the Chevrolet pickup, conducted a traffic stop on State Route 180 at NFSR 516 and contacted the driver identified as Matthew RISER with his Louisiana driver's license. Sgt. WALTERS interviewed RISER upon initial contact. RISER told Sgt. WALTERS he was camping in the area and saw the wildfire. RISER said he burned his "shit paper" at noon yesterday and didn't think it would smolder all night. Sgt. WALTERS read Miranda to RISER and asked if he saw "no campfires" signs. RISER stated "no". RISER said he saw a "200 ft by 200 ft fire, everything was on fire including pine trees". I arrived on scene and spoke to RISER as he was seated handcuffed in the back seat of Sgt. WALTERS patrol vehicle. RISER admitted to burning his toilet paper and placing it under a rock at 1200 hours on 06/11/2022. RISER said he tried to put out the fire with his sleeping bag and his camp was 80 yards from where the fire started. I asked RISER if he knew about fire restrictions, saw "no fires" signs and how long he had been camping. RISER said he was homeless, traveler and didn't have an address. RISER said he camped in Payson then drove up Lake Mary Rd. and had been camped on NFSR 9002 for 2 days. RISER said he saw "no campfire" signs when he drove out. RISER said he used a white Bic lighter with long tip to start the paper on fire which was in the center console of his Chevrolet. Information on fire restrictions are posted along roads, at ranger stations, in local news media, and USFS website. I asked RISER if he had any weapons or marijuana in his Chevrolet. RISER said he had some marijuana in his truck. RISER gave consent to search his Chevrolet. LEO M. RYAN conducted an inventory search of RISER's Chevrolet and located a white Bic lighter in the center console with a black container of green leafy marijuana. RISER showed me the location where he defecated and burnt his toilet paper near his campsite. I located RISERS pile of human feces under the rock he described and directed me to. Blackhart Logistics towed RISER's Chevrolet pickup. I booked RISER into the Coconino County Jail on a Federal hold and issued him violation notices for:
36 CFR 261.10(b) - OCCUPYING OR USING A RESIDENCE ON FOREST SERVICE LANDS

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/11/2022  R. Shelton
Date (mm/dd/yyyy)  Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on:  Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2022.06.12 23:27:14 -07'00'
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00QW | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 06/11/2022  12:00 | FED  21USC  844 | |

Place of Offense
NFSR 9002

Offense Description: Factual Basis for Charge    HAZMAT ☐

POSSESSION OF CONTROLLED SUBSTANCE (MARIJUANA)

### DEFENDANT INFORMATION   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| RISER | MATTHEW | C |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WEST MONROE | LA | 71292 | 964 |

| Drivers License No. | CDL ☐ | D.L. State LA | Social Security No. |
|---|---|---|---|

| ☒Adult ☐Juvenile | Sex ☒ Male ☐ Female | Hair BR | Eyes BL | Height 5'7" | Weight 190 |
|---|---|---|---|---|---|

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 18 | LA | 2002 | CHEV | | WHI |

APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30.00  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 11, 2022 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: at approximately 1200 hours, Matthew RISER said he ignited toilet paper on fire then placed it under a rock several feet from National Forest System Road (NFSR) 9002 on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 06/12/2022 at approximately 1034 hours, the Pipeline Wildfire was reported burning brush and trees in the area of NFSR 9002 and NFS Trail 433. A male subject in a white Chevrolet pickup truck with a camper shell bearing Louisiana license plate         was seen driving rapidly away from the wildfire on NFSR 9002. Coconino County Sheriff's Deputy Sgt. K. WALTERS located the Chevrolet pickup, conducted a traffic stop on State Route 180 at NFSR 516 and contacted the driver identified as Matthew RISER with his Louisiana driver's license. Sgt. WALTERS interviewed RISER upon initial contact. RISER told Sgt. WALTERS he was camping in the area and saw the wildfire. RISER said he burned his "shit paper" at noon yesterday and didn't think it would smolder all night. Sgt. WALTERS read Miranda to RISER and asked if he saw "no campfires" signs. RISER stated "no". RISER said he saw a "200 ft by 200 ft fire, everything was on fire including pine trees". I arrived on scene and spoke to RISER as he was seated handcuffed in the back seat of Sgt. WALTERS patrol vehicle. RISER admitted to burning his toilet paper and placing it under a rock at 1200 hours on 06/11/2022. RISER said he tried to put out the fire with his sleeping bag and his camp was 80 yards from where the fire started. I asked RISER if he knew about fire restrictions, saw "no fires" signs and how long he had been camping. RISER said he was homeless, traveler and didn't have an address. RISER said he camped in Payson then drove up Lake Mary Rd. and had been camped on NFSR 9002 for 2 days. RISER said he saw "no campfire" signs when he drove out. RISER said he used a white Bic lighter with long tip to start the paper on fire which was in the center console of his Chevrolet. Information on fire restrictions are posted along roads, at ranger stations, in local news media, and USFS website. I asked RISER if he had any weapons or marijuana in his Chevrolet. RISER said he had some marijuana in his truck. RISER gave consent to search his Chevrolet. LEO M. RYAN conducted an inventory search of RISER's Chevrolet and located a white Bic lighter in the center console with a black container of green leafy marijuana. RISER showed me the location where he defecated and burnt his toilet paper near his campsite. I located RISERS pile of human feces under the rock he described and directed me to. Blackhart Logistics towed RISER's Chevrolet pickup. I booked RISER into the Coconino County Jail on a Federal hold and issued him violation notices for:
21 USC 844 - POSSESSION OF CONTROLLED SUBSTANCE (Marijuana)

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  06/11/2022     R. Shelton
                Date (mm/dd/yyyy)    Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D. Bibles**  Digitally signed by Camille D. Bibles
                                     Date: 2022.06.12 23:27:37 -07'00'
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident