GARY M. RESTAINO
United States Attorney
District of Arizona
PATRICK J. SCHNEIDER
Assistant U.S. Attorney
Arizona Bar No. 011697
123 N. San Francisco Street, Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
Facsimile: (928) 556-0759
patrick.schneider@usdoj.gov
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08054-01-PCT-LDB |
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 21 U.S.C. § 844(a) (Unlawful Possession of a Controlled Substance – Class A Misdemeanor) Count 1 |
| Matthew Christopher Riser, | |
| Defendant. | 36 C.F.R. §§ 261.52(a) (Use Prohibited Fire– Class B Misdemeanor) Count 2 |
| | 36 C.F.R. § 261.10(b) (Occupy or Use National Forest Lands as a Residence – Class B Misdemeanor) Count 3 |

THE UNITED STATES OF AMERICA CHARGES:

**COUNT 1**

On or about June 12, 2022, in Coconino County, in the District of Arizona, the defendant, MATTHEW CHRISTOPHER RISER, did knowingly, intentionally, and unlawfully possess a controlled substance, that being marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT 2

On or about June 12, 2022, in Coconino County, in the District of Arizona, in the Coconino National Forest, an area within the National Forest System, the defendant, MATTHEW CHRISTOPHER RISER, did unlawfully build, maintain, attend or use a fire at a time when fires were prohibited, in violation of Title 36, Code of Federal Regulations, Sections 261.52(a).

## COUNT 3

On or about June 12, 2022, in Coconino County, in the District of Arizona, in the Coconino National Forest, an area within the National Forest System, the defendant, MATTHEW CHRISTOPHER RISER, did occupy or use National Forest Service lands as a residence, in violation of Title 36, Code of Federal Regulations, Section 261.10(b).

June 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK J. SCHNEIDER
Assistant U.S. Attorney