**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** June 16, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

Initial Appearance held on Information filed on 6/13/22.

**DETENTION HEARING:**   ☒ Held   ☐ Continued   ☐ Submitted   ☐ UA
PTS recommends: Release to Working Alternatives.
Government position: Detention.
Defense recommends: Release.
Government's request for detention ☒ Granted ☐ Denied
☒ Defendant Ordered detained pending Trial as a flight risk.

**Status Hearing** set for Tuesday, June 21, 2022 at 10:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                **DH   30 min**
**Deputy Clerk** Christina Davison

                                                          **Start:  10:29 am**
                                                          **Stop:   10:59 am**