**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** June 21, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**STATUS HEARING:**
Oral Motion to Dismiss Count One of the Information by the Government and no objection by Defendant through Defense Counsel. Oral order from the Court granting Motion to Dismiss Count One of the Information.

Parties request that the defendant be screened for Working Alternatives. Court orders Defendant be assessed for acceptance to participate in Working Alternatives. Should the defendant be accepted into Working Alternatives the release conditions will become active.

**Status Hearing** set for Wednesday, July 6, 2022 at 10:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                                                      SH      23 min
**Deputy Clerk** Christina Davison

                                                                                                                                   **Start:** 10:29 am
                                                                                                                                   **Stop:** 10:52 am