# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Matthew Christopher Riser,<br><br>　　　　　Defendant. | No. CR-22-08054-PCT-CDB<br><br>**ORDER** |

The defendant having qualified for pretrial release and placement at Working Alternatives,

**IT IS HEREBY ORDERED** that the defendant shall be released from custody on June 23, 2022. The defendant is ordered to meet with Pretrial Services within 45 minutes of his release from custody and is then to reside at Working Alternatives as previously ordered by the Court.

Dated this 22nd day of June, 2022.

Camille D. Bibles
United States Magistrate Judge