**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** July 6, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**STATUS HEARING:**
Defense Counsel advises the Court that the defendant would like to plea guilty to Count 2 and no contest as to Count 3. Court would like to take the issue of no contest under advisement and order an updated Pretrial Services Report.

**Status Hearing possible Change of Plea** set for Wednesday, July 13, 2022 at 11:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                                                 **SH     17 min**
**Deputy Clerk** Christina Davison

                                                                                                                        **Start:  11:00 am**
                                                                                                                        **Stop:   11:17 am**