**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** July 13, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**CHANGE OF PLEA HEARING**

☒  Plea of Guilty entered as to Count Two of the
    ☒    Information  ☐    Indictment  ☐    Complaint

☒ Count Three of the Information to be dismissed upon entry of judgment.

☒ Court accepts Defendant's plea and finds plea to be freely and voluntarily given.
    Plea agreement:    ☐ Lodged    ☐ Filed    ☒ No Written Agreement Filed

Defendant is pleading guilty to incident that occurred on June 11, 2022.

☐ PSI ORDERED   ☐ EXPEDITED   ☐ PSI waived   ☒ Time waived for passage of sentence

**SENTENCING**

☒ Defendant shall serve a term of Probation for a period of One (1) Year on Count 2.

☒ Special Assessment  $10.00

☒ Fine Waived

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that Count Three of the Information be dismissed.

**Recorded By** Courtsmart
**Deputy Clerk** Christina Davison

**COP/Sent    42 min**

**Start:  11:13 am**
**Stop:   11:55 am**