Petition12C – Rev. 6/18

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
JUL 15 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Probation

**SEALED**

| | | |
|---|---|---|
| Name of Offender: | **Matthew Christopher Riser** | Case No.: **CR-22-08054-001-PCT-CDB** |
| Name of Judicial Officer: | **The Honorable Camille D. Bibles**<br>**United States Magistrate Judge** | |
| Date of Original Sentence: | **7/13/2022** | |
| Original Offense: | **Count 2: Use of Prohibited Fire, a Class B Petty Offense in violation of 36 C.F.R. § 261.52(a)** | |
| Original Sentence: | **12 months supervised probation** | |
| Type of Supervision: | **Probation** | Date Supervision Commenced: **7/13/2022**<br>Date Supervision Expires: **7/12/2023** |
| Assistant U.S. Attorney: | **Patrick Joseph Schneider**<br>928-556-0833 | Defense Attorney: **Daniel Benjamin Kaiser**<br>928-773-7771 |

Petitioning the Court to issue a Warrant to Revoke Probation

The probation officer alleges Matthew Christopher Riser has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #4** which states, You must answer truthfully the questions asked by your probation officer.<br><br>On or about July 13, 2022, Riser did not provide truthful answers to the probation officer when asked about the stability of his reported residence in Benson, as evidenced by officer testimony. Grade C violation. §7B1.1(a)(3) |
| B | **Standard Condition #13** which states, You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>On or about July 14, 2022, Riser failed to follow the probation officer's instructions to contact the probation officer telephonically to inform of his whereabouts, as evidenced by officer testimony. Grade C violation. §7B1.1(a)(3) |

cc: Probation & USMS

Page 2
RE: Matthew Christopher Riser
Petition to Revoke Probation
July 15, 2022

**U.S. Probation Officer Recommendation and Justification**

Matthew Christopher Riser has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Matthew Christopher Riser's whereabouts are unknown, he is a flight risk, and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____          7/15/2022
Scott Murphy                             Date
Senior U.S. Probation Officer
Office: 928-286-5768
Cell: 928-699-0279


_____          7/15/2022
Aurelia Barlow                           Date
Supervisory, U.S. Probation Officer
Office: 928-286-5760
Cell: 480-486-5467


The Court Orders

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_____          7/15/2022
The Honorable Camille D. Bibles          Date
United States Magistrate Judge