**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** August 3, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Patrick Joseph Schneider
**Attorney for Defendant:** Sean Kautenburger for CJA Attorney Daniel Benjamin Kaiser
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

Defendant appears by telephone and consents to proceed in this manner.

**INITIAL APPEARANCE – REVOCATION HEARING HELD**
**PETITION FOR VIOLATION OF PROBATION**
**Date of Arrest:** August 1, 2022
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
☒ Appointing attorney Daniel Benjamin Kaiser, CJA, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.
OTHER: Petition to Revoke shall be unsealed.

Oral Motion to Dismiss Petition to Revoke by Defense Counsel with argument. Oral Order by the Court denying Motion to Dismiss Petition to Revoke.

Court orders Defendant be transported back to Flagstaff, Arizona for all further proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing** set for Monday, August 8, 2022 at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                     **IA**     **11 min**
**Deputy Clerk** Christina Davison

                                                                                              **Start:** 10:27 am
                                                                                              **Stop:**  10:38 am