**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** August 22, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Amended:** Defendant is released.
**Assistant U.S. Attorney:** Wayne Venhuizen for Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**DETENTION HEARING:** ☐ Held ☐ Continued ☒ Submitted ☐ UA

Parties have agreed to Defendant being released for placement into Good Neighbors in Sierra Vista, Arizona.

**Status Hearing regarding Admit/Deny Hearing** set for Tuesday, October 18, 2022 at 11:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                   DH     10 min
**Deputy Clerk** Christina Davison

                                                                             **Start:** 11:44 am
                                                                             **Stop:** 11:54 am