IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Matthew Christopher Riser,<br><br>　　　　　Defendant. | No. CR-22-08054-01-PC-TCDB<br><br>**ORDER** |

　　　The defendant appeared in court with counsel. The defendant's detention hearing was held with the United States concurrence with the defendant's placement in the Good Neighbors treatment facility in Sierra Vista, Arizona. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has shown by clear and convincing evidence that with placement in Good Neighbors that he is not a flight risk or a danger.

　　　IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke his supervised probation.

　　　IT IS FURTHER ORDERED that the defendant is released for placement at Good Neighbors facility in Sierra Vista, Arizona upon previous supervised release conditions ordered on July 13, 2022 (Judgment – Doc. [15]), including residency at said facility (reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirements including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed by the Probation Officer. The U.S. Marshals Service is authorized, if requested by the program

director or an authorized staff member, to remove the defendant from the program for noncompliance at any time to include evenings, weekends and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by the Probation Officer), as conditions do exist which would reasonably assure the safety of others and the appearance of the defendant.

IT IS FURTHER ORDERED that the defendant will have no contact with the individual by the name of Paul, in which the defendant had visited on July 14, 2022.

IT IS FURTHER ORDERED vacating the preliminary revocation hearing in this matter.

Dated this 22nd day of August, 2022.

_____
Camille D. Bibles
United States Magistrate Judge