**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** October 18, 2022 |
| **USA v. Matthew Christopher Riser** | **Case Number:** CR-22-08054-001-PCT-CDB |

**Assistant U.S. Attorney:** Wayne Venhuizen for Patrick Joseph Schneider
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:**  ☐ **Present**  ☒ **Not Present**   ☒ **Released**   ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**STATUS HEARING:**
Defense counsel waives Defendant's appearance. Defense Counsel advises the Court that the defendant is doing very well and has been transferred from Good Neighbors to Inman House.

Oral Motion to Dismiss the Petition Without Prejudice by the Government and no objection by Defense Counsel. Government also moves to vacate the release conditions regarding residency at Good Neighbors.

Oral Order by the Court granting Motion to Dismiss Petition Without Prejudice and also vacates the release conditions regarding residency at Good Neighbors.

**Recorded By** Courtsmart    **SH**   4 min
**Deputy Clerk** Christina Davison

**Start:** 9:58 am
**Stop:** 10:02 am